IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ~~COLORADO~~ WYOMING

*U.S. DISTRICT COURT*
*DISTRICT OF WYOMING*
*2014 MAY 9 PM 12 22*
*STEPHAN HARRIS, CLERK*
*CHEYENNE*

Civil Action No. __14-CV-92 S__
(To be supplied by the court)

__Lauren Elizabeth Scott__, Applicant,

v.

__United States of America__

_____, Respondent(s).

---

**PRISONER'S MOTION AND AFFIDAVIT**
**FOR LEAVE TO PROCEED PURSUANT TO 28 U.S.C. § 1915**
**IN A HABEAS CORPUS ACTION**

---

I request leave to commence this habeas corpus action without prepayment of fees or security therefor pursuant to 28 U.S.C. § 1915. In support of my request, I declare that:

1. I am unable to pay such fees or give security therefor.

2. I am entitled to redress.

3. I have __$32.38__ in my prison account.
   (amount)

(Rev. 4/15/02)

4. My other assets and their value are listed below: (attach an additional page if necessary)

(Assets may include income from employment, rent payments, interest or dividends, pensions, annuities, life insurance payments, Social Security, Veteran's Administration benefits, disability pensions, Worker's Compensation, unemployment benefits, gifts or inheritances, cash, funds in bank accounts, real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing), or any other source of income.)

_I presently earn $.12 per hour._

_____

_____

_____

### DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury that the information in this motion and affidavit is true and correct. See 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed on  4/29/14
            (Date)

_(Prisoner's Original Signature)_

### Required Certification

You must attach to this motion and affidavit a certificate of the warden or other appropriate officer of the institution in which you are confined as to the amount of money or securities currently on deposit in your inmate trust fund account (or institutional equivalent).

SWORN BEFORE ME
29th   April   20 14
COMPLEX, VICTORVILLE, CA
SAN BERNARDINO COUNTY
C. GROSS
CASE MANAGER
AUTHORIZED BY ACT OF CONGRESS JULY 7, 1955
TO ADMINISTER OATHS
(TITLE 18, U.S.C. SECTION 4004)

(Rev. 4/15/02)                    2